IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNEMEYER & CO., LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-2116 (RMC) |
| RALPH G. SCHROEDER | ) ) ) |
| Defendant. | ) ) |

**MOTION OF ADRIAN MENDOZA FOR
<u>ADMISSION TO APPEAR AND PARTICIPATE PRO HAC VICE</u>**

In accordance with Local Rule 83.2 of the United States District Court District of Columbia, Adrian Mendoza of the law firm of Lillig & Thorsness, Ltd. moves to appear and participate in the instant action for the purpose of appearing as counsel on behalf of the defendant, Ralph G. Schroeder.

In support of this motion, Mr. Mendoza declares as follows:

1. My office address and telephone number is: Lillig & Thorsness, Ltd., 1900 Spring Road, Suite 200, Oak Brook, IL 60523 (630-571-1900).

2. I am a member in good standing of the highest court of the State of Illinois, the highest court of the State of Indiana, the District Court for the Northern District of Illinois, the District Court for the Northern District of Indiana, the District Court for the Southern District of Indiana, and the District Court for the District of Colorado.

3. There are no disciplinary complaints pending against me, nor have I been disciplined, by any of the referenced Bars.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

## SIGNATURE OF SPONSORING ATTORNEY

I, Jeremy S. Simon, of the law firm of Thompson, Loss & Judge, LLP, Two Lafayette Centre, 1133 21st Street, NW, Suite 450, Washington, DC 20036 (202-778-4060), a member in good standing of the Bar of this Court, sponsor this motion.

/s/ Jeremy S. Simon
Jeremy S. Simon

Executed under penalty of perjury on December 14, 2006, in the State of Illinois.

Respectfully submitted,

Adrian Mendoza
LILLIG & THORSNESS, LTD.
1900 Spring Road, Suite 200
Oak Brook, IL 60523
Telephone: (630) 571-1900
Facsimile: (630) 571-1042

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of December 2006, I caused to be served a true and correct copy of the foregoing by first-class mail, postage pre-paid, to the party listed below.

Todd A. Bromberg
Wiley Rein & Fielding LLP
1776 K. Street, NW
Washington, D.C. 20006

Counsel for Dennemeyer & Co., LLC

            /s/ Jeremy S. Simon
            Jeremy S. Simon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNEMEYER & CO., LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2116 (RMC) |
| ) | |
| RALPH G. SCHROEDER ) | |
| ) | |
| Defendant. ) | |

### ORDER

Having considered the Motion Of Adrian Mendoza To Appear And Participate Pro Hac Vice, it is hereby:

ORDERED that the motion is granted; and it is

FURTHER ORDERED that Mr. Mendoza may appear and participate in the above-captioned action as counsel for defendant Ralph G. Schroeder.

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
Two Lafayette Centre
1133 21st Street, NW
Ste. 450
Washington, D.C. 20036

Adrian Mendoza
Lillig & Thorsness, Ltd.
1900 Spring Road
Suite 200
Oak Bridge, IL 60523

Todd A. Bromberg
Wiley Rein & Fielding LLP
1776 K. Street, NW
Washington, D.C. 20006