IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNEMEYER & CO., LLC., and <br> DENNEMEYER & CO., Sarl. <br><br> Plaintiff, <br><br> v. <br><br> RALPH G. SCHROEDER, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 06-2116 (RMC) <br> ) <br> ) <br> ) <br> ) |

## MOTION OF DEFENDANT
## TO PROCEED UNDER SEAL

Now comes Defendant Ralph G. Schroeder ("Schroeder") by and through his attorneys Adrian Mendoza of Lillig & Thorsness, Ltd., and Jeremy Simon of Thompson, Loss & Judge, LLP, and for his Motion to Proceed under Seal states as follows:

Schroeder seeks to file a Motion to Enforce Settlement Agreement and For Costs ("Motion to Enforce") in this case. In order to file the Motion to Enforce without risking a violation of the nondisclosure provisions of the Agreement, Schroeder seeks leave to file said Motion under seal. The Agreement contains non-disclosure provisions that prevent the signatories from disclosing the specifics of the Agreement. Pursuant to Local Rule 5.1(j), the Motion to Enforce will be filed under seal pending the outcome of this motion. Schroeder's counsel attempted to reach Plaintiffs' counsel to ascertain whether counsel would consent to the relief requested in this motion but was unable to reach Plaintiffs' counsel.

WHEREFORE, Ralph G. Schroeder respectfully requests this Court enter an Order allowing him to proceed with filing his Motion to Enforce Settlement Agreement and for Costs under seal, and any such other relief as this Court deems just.

RALPH G. SCHROEDER

By: <u>Jeremy S. Simon</u>
Jeremy S. Simon, D.C. Bar No. 447956
Thompson, Loss & Judge, LLP
Two Lafayette Centre
1133 21st Street, NW
Suite 450
Washington, DC 20036
Telephone: (202) 778-4060
Facsimile: (202) 778-4099

Adrian Mendoza (*pro hac vice*)
Lillig & Thorsness, Ltd.
1900 Spring Road
Suite 200
Oak Brook, IL 60561
Telephone: (630) 571-1900
Facsimile: (630) 571-1042

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of March 2007, I caused to be served a true and correct copy of the foregoing through the Court's ECF system to the party listed below.

Todd A. Bromberg
Wiley Rein & Fielding LLP
1776 K. Street, NW
Washington, D.C. 20006

Counsel for Dennemeyer & Co., LLC

/s/ Jeremy S. Simon
Jeremy S. Simon

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNEMEYER & CO., LLC., and<br>DENNEMEYER & CO., Sarl.<br><br>    Plaintiff,<br><br>v.<br><br>RALPH G. SCHROEDER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-2116 (RMC)<br>)<br>)<br>)<br>) |

### ORDER

This matter having come before this Court pursuant to the Motion of Ralph G. Schroeder to Proceed Under Seal, notice having been given and the Court being advised in the premises,

IT IS HEREBY ORDERED:

Defendant is granted leave to proceed with his Motion to Enforce Settlement Agreement under seal.

IT IS SO ORDERED.

                _____
                United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
Two Lafayette Centre
1133 21st Street, NW
Ste. 450
Washington, D.C. 20036

Todd A. Bromberg
Wiley Rein & Fielding LLP
1776 K. Street, NW
Washington, D.C. 20006