IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNEMEYER & CO., LLC & <br> DENNEMEYER & CO., S.a.r.l. <br><br>      Plaintiffs, <br><br>   v. <br><br> RALPH G. SCHROEDER, <br><br>      Defendant. | Civil Action No. 06-CV-2116(RMC) |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed by and between the parties hereto, that this cause be dismissed with prejudice on account of the settlement thereof, and each party shall bear its own costs and attorneys' fees.

Dated this 23rd day of March, 2007.

| | |
|---|---|
| Wiley Rein LLP | Lillig & Thorsness, Ltd. |
|   /s/ Todd A. Bromberg <br> Todd A. Bromberg, #472554 <br> 1776 K Street, NW <br> Washington, DC 20006 <br> (202)719-7000 <br><br> *Counsel to Plaintiffs* |   /s/ Adrian Mendoza <br> Adrian Mendoza <br> *Admitted Pro Hac Vice* <br> 1900 Spring Road <br> Suite 200 <br> Oak Brook, IL 60523 <br> (630)571-1900 <br><br> **Jeremy Scott Simon** <br> D.C. Bar No.: 447956 <br> THOMPSON, LOSS & JUDGE, LLP <br> Two LaFayette Centre <br> 1133 21st Street, NW , Suite 450 <br> Washington, DC 20036 <br> (202) 778-4060 <br> Fax: (202) 778-4099 <br> Email: JSimon@tljlaw.com <br> *Counsel for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNEMEYER & CO., LLC & <br> DENNEMEYER & CO., S.a.r.l. <br><br> Plaintiffs, <br><br> v. <br><br> RALPH G. SCHROEDER, <br><br> Defendant. | Civil Action No. 06-CV-2116(RMC) |

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the parties' Stipulation to Dismiss with Prejudice, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is hereby dismissed in its entirety, with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED this ___ day of _____, 2007

BY THE COURT

_____
Judge Rosemary Collyer