IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNEMEYER & CO., LLC &
DENNEMEYER & CO., S.a.r.l.

        Plaintiffs,

v.

RALPH G. SCHROEDER,

        Defendant.

Civil Action No. 06-CV-2116(RMC)

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the parties' Stipulation to Dismiss with Prejudice, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is hereby dismissed in its entirety, with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED this 27 day of March, 2007

BY THE COURT

_____
Judge Rosemary Collyer